NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
Email:  marino@kaplanmarino.com
        lieser@kaplanmarino.com

Attorneys for Defendant
ALLEN GILTMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ALLEN GILTMAN,<br><br>                              Defendant. | Case No. 20-mj-13462-LDW<br><br>**ORDER RE:  MODIFICATION OF CONDITIONS OF RELEASE**<br><br>Honorable Edward S. Kiel |

Upon stipulation by the parties regarding conditions of pretrial release for defendant ALLEN GILTMAN and upon finding good cause, it is hereby ORDERED that the defendant's conditions of release be modified as follows:

That the condition requiring "participat[ion] in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which will include a location monitoring bracelet" **BE STRICKEN.**

All other conditions of release shall remail the same.

IT IS SO ORDERED.


Dated:  2/16/2021

_____
The Honorable Edward S. Kiel
United States Magistrate Judge

1

2 Presented by:
KAPLAN MARINO, P.C.

3
*/s/ Jennifer Lieser*

4 NINA MARINO
JENNIFER LIESER

5 Attorneys for Defendant
ALLEN GILTMAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28